Case 4:19-mj-01983 Document 1 Filed on 10/22/19 in TXSD Page 1 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI



FILED

FEB 20 2019

DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19CR 3 11
    18 U.S.C. § 2
    18 U.S.C. § 922(g)(1)
    21 U.S.C. § 841(a)(1)
    21 U.S.C. § 843(b)
    21 U.S.C. § 846

BRANDON LAWRENCE,
TYRIN PARKER,
TABARRIUS COFFEY,
TIMOTHY JONES, JR., aka "Snoop,"
LADARIUS CONNOR,
DENISE JONES,
GEORGE CLINTRAVEOUS MOORE,
TARRELL JACKSON,
PRECIOUS BERRY,
AUTUMN LITTLE,
LUCAS GARCIA,
SON HAI NGUYEN,
LADARIUS REDITT and
ERIC ARMSTRONG

**4:19mj1983**

United States Courts
Southern District of Texas
FILED
*October 22, 2019*
.........
David J. Bradley, Clerk of Court

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about August 1, 2016, through on or about August 31, 2018, in the Northern District of Mississippi and elsewhere, BRANDON LAWRENCE, TYRIN PARKER, TABARRIUS COFFEY, TIMOTHY JONES, JR., aka "Snoop," LADARIUS CONNOR, DENISE JONES, GEORGE CLINTRAVEOUS MOORE, TARRELL

JACKSON, PRECIOUS BERRY, AUTUMN LITTLE, LUCAS GARCIA, and ERIC ARMSTRONG, defendants, did knowingly conspire and agree together, and with others known and unknown to the grand jury, to distribute and possess with intent to distribute in excess of 500 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNT TWO

On or about August 13, 2016, in the Northern District of Mississippi, LADARIUS CONNOR and TYRIN PARKER, defendants, aided and abetted by each other, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about November 30, 2016, in the Northern District of Mississippi and elsewhere, BRANDON LAWRENCE, TABARRIUS COFFEY, and DENISE JONES, defendants, aided and abetted by each other, did knowingly distribute a mixture and substance containing in excess of 500 grams of a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about November 30, 2016, in the Northern District of Mississippi and elsewhere, BRANDON LAWRENCE, TABARRIUS COFFEY, and DENISE JONES, defendants, aided and abetted by each other, did knowingly and intentionally use a communication facility, being the United States Postal Service, to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about May 2, 2017, in the Northern District of Mississippi, TYRIN PARKER and TIMOTHY JONES, JR., aka "Snoop," defendants, aided and abetted by each other, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about May 14, 2017, in the Northern District of Mississippi, TIMOTHY JONES, JR., aka "Snoop," defendant, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about July 8, 2017, in the Northern District of Mississippi, TYRIN PARKER, TIMOTHY JONES, JR., aka "Snoop," and GEORGE CLINTRAVEOUS MOORE, defendants, aided and abetted by each other, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about July 20, 2017, in the Northern District of Mississippi and elsewhere, TERRELL JACKSON and ERIC ARMSTRONG, defendants, aided and abetted by each other, did knowingly distribute a mixture and substance containing in excess of 500 grams of a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT NINE

On or about July 20, 2017, in the Northern District of Mississippi and elsewhere, TERRELL JACKSON and ERIC ARMSTRONG, defendants, aided and abetted by each other, did knowingly and intentionally use a communication facility, being the United States Postal Service, to distribute a mixture and substance containing in excess of 500 grams of a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about July 25, 2017, in the Northern District of Mississippi, BRANDON LAWRENCE, PRECIOUS BERRY, and TYRIN PARKER, defendants, aided and abetted by each other, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about July 25, 2017, in the Northern District of Mississippi and elsewhere, BRANDON LAWRENCE, PRECIOUS BERRY, and TYRIN PARKER, defendants, aided and abetted by each other, did knowingly and intentionally use a communication facility, being the United States Postal Service, to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and Title 18, United States Code, Section 2.

## COUNT TWELVE

On or about August 14, 2017, in the Northern District of Mississippi and elsewhere, TIMOTHY JONES, JR., aka "Snoop," AUTUMN LITTLE, and LUCAS GARCIA, defendants, aided and abetted by each other, did knowingly possess and attempt to possess with intent distribute a mixture and substance containing in excess of 500 grams of a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about August 14, 2017, in the Northern District of Mississippi and elsewhere, TIMOTHY JONES, JR., aka "Snoop," AUTUMN LITTLE, and LUCAS GARCIA, defendants, aided and abetted by each other, did knowingly and intentionally use a communication facility, being Federal Express, to distribute a mixture and substance containing in excess of 500 grams of a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

On or about September 19, 2017, TYRIN PARKER, TIMOTHY JONES, JR., aka "Snoop," and LADARIUS REDITT, defendants, aided and abetted by each other, did knowingly distribute a mixture and substance containing a detectable amount of Xanax, a Schedule IV drug, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about September 19, 2017, in the Northern District of Mississippi, TIMOTHY JONES, JR., aka "Snoop," having previously been convicted of a felony offense, that is, an offense punishable by more than one year incarceration, did knowingly possess in and

affecting interstate commerce, a firearm, that is, a Rossi .38 Special revolver, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT SIXTEEN

On or about March 1, 2018, in the Northern District of Mississippi, ERIC ARMSTRONG, defendant, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts and isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT SEVENTEEN

On or about August 9, 2018, in the Northern District of Mississippi and elsewhere, BRANDON LAWRENCE and SON HAI NGUYEN, defendants, aided and abetted by each other, did knowingly and intentionally use a communication facility, being the United States Postal Service, to distribute a mixture and substance containing Xanax, a Schedule IV drug, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and Title 18, United States Code, Section 2.

### NOTICE OF FORFEITURE

The allegations contained in Count 1 and Count 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

For their engagement in the violations alleged in Count 1 of this Indictment, punishable by imprisonment for more than one year, the defendants, BRANDON LAWRENCE, TYRIN PARKER, TABARRIUS COFFEY, TIMOTHY JONES, JR., aka

"Snoop," LADARIUS CONNOR, DENISE JONES, GEORGE CLINTRAVEOUS MOORE, TARRELL JACKSON, PRECIOUS BERRY, AUTUMN LITTLE, LUCAS GARCIA, SON HAI NGUYEN, LADARIUS REDITT and ERIC ARMSTRONG, shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their interests in property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, from such violations, and any property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations, including, specifically, $14,880 seized on or about August 9, 2018.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred, sold to or deposited with, a third person;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or,

    e.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

                                                                        **A TRUE BILL**

_____        /s/ Signature Redacted_____
**WILLIAM C. LAMAR**                          **FOREPERSON**
**UNITED STATES ATTORNEY**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

RECEIVED
UNITED STATES MARSHAL
2019 MAR -4  A 8:57
NORTHERN DISTRICT
OF MISSISSIPPI

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:18CR011 |
| SON HAI NGUYEN | ) | |
| | ) | 1942-0304-0552-J |
| Defendant | ) | |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **SON HAI NGUYEN**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

**DRUG DISTRIBUTION CONSPIRACY**

Date: 03/01/2019

_____
Issuing officer's signature
Deputy Clerk

City and state: Oxford, Mississippi

David Crews, Clerk
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title